**SEALED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
2018 OCT 18 PM 1:42
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES OF AMERICA

v.

RICHARD MORMAN

CASE NO. 8:18-cr-491-T-02-AAS
18 U.S.C. § 922(g)(1)
26 U.S.C. § 5841
26 U.S.C. § 5861(d),(f)
26 U.S.C. § 5871

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about December 19, 2017, in the Middle District of Florida, the defendant,

RICHARD MORMAN,

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. **Burglary of a Conveyance**, on or about February 26, 2008; and

2. **Possession of Oxycodone,** on or about May 24, 2010,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, that is, a shotgun, a .38-caliber revolver, and 97 rounds of ammunition.

**SEALED**

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT TWO

On or about January 31, 2018, in the Middle District of Florida, the defendant,

RICHARD MORMAN,

did knowingly possess a firearm—specifically, an improvised explosive bomb—which was a destructive device as defined under Title 26, United States Code, Section 5845(a)(8) and (f), and which was not registered to him in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841.

In violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## COUNT THREE

On or about February 14, 2018, in the Middle District of Florida, the defendant,

RICHARD MORMAN,

did knowingly possess firearms—specifically, improvised explosive bombs—which were destructive devices as defined under Title 26, United States Code, Section 5845(a)(8) and (f), and which were not registered to him in the National Firearms Registration and Transfer Record as required by Title 26,

United States Code, Section 5841.

In violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## **FORFEITURE**

1.  The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and 26 U.S.C. § 5872, and 49 U.S.C. § 80303.

2.  Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3.  Upon conviction of a violation 26 U.S.C. §§ 5841 and/or 5861, the defendant shall forfeit to the United States, pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), any firearms involved in the violation, and, pursuant to 49 U.S.C. § 80303 and 28 U.S.C. § 2461(c), any aircraft, vehicle, or vessel used to facilitate the transportation, concealment, receipt, possession, purchase, sale, exchange, or giving away of such firearm.

4.   If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ,
United States Attorney

By: _____
NATALIE HIRT ADAMS,
Assistant United States Attorney

By: _____
CHRISTOPHER F. MURRAY,
Assistant United States Attorney
Chief, Violent Crime and Narcotics Section

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## RICHARD MORMAN

## INDICTMENT

Violations:   Title 18, United States Code, Section 922(g)(1)
Title 26, United States Code, Section 5841
Title 26, United States Code, Section 5861(d), (f)
Title 26, United States Code, Section 5871

A true bill,

_____
Foreperson

Filed in open court this 18th day of October, 2018.

_____
Clerk

Bail $_____

GPO 863 525