**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:18-cr-491-T-02AAS | **DATE:** November 22, 2019 |
|---|---|
| **HONORABLE WILLIAM F. JUNG** | |
| | **GOVERNMENT COUNSEL** Natalie Adams |
| UNITED STATES OF AMERICA  v.  RICHARD MORMAN | Paul Downing, AFPD |
| **COURT REPORTER:** David Walker-Collier | **DEPUTY CLERK:** Gretchen O'Brien |
| **TIME:** 9:29 a.m.–9:54 a.m.  **TOTAL:** 25 minutes | **COURTROOM:** 15B |
| | **PROBATION:** Wilmarisa Martinez |

**PROCEEDINGS:**   CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES

Defendant sworn.

Defendant is adjudged guilty on Count Three of the Indictment.

No objections to the factual statements or guideline calculations contained in the PSR.

The United States recommends a guideline sentence.

The Defendant requests a sentence of nine years, served concurrently with the term imposed in 18-CF-3227.

Imprisonment: **NINETY (90) MONTHS**, consecutive to any State sentence

The Court makes the following recommendations to the Bureau of Prisons:

1. Confinement at FCI Coleman Low, Florida;
2. Participation in Heating, Ventilation, and Air Conditioning (HVAC) training;
3. Participation in the Residential Drug Abuse Program (RDAP).

Supervised Release:  **THREE (3) YEARS**

Fine is waived.

Special Assessment: **$100.00 to be paid immediately.**

Special conditions of supervised release:

1. The defendant must participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this directive. Further, the defendant shall contribute to the costs of these services, not to exceed an amount determined reasonable by the Probation Office's Sliding Scale.  During and upon the completion of this program, the defendant is directed to submit to random drug testing.

2. The defendant must participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant must contribute to the costs of these services, not to exceed an amount determined reasonable by the Probation Office's Sliding Scale.

3. The defendant shall submit to search of his person, his residence, his place of business, or any storage units under his control, computer, vehicle, personal effects, conducted by the United States Probation Officer at a reasonable time and manner based upon reasonable suspicion of contraband or evidence of violations of supervised release.  The defendant shall inform any other residents that the premises may be subject to a search under these conditions.  Failure to submit to a search may be grounds for revocation.

Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

The defendant must refrain from any unlawful use of controlled substances. The defendant must submit to one drug test within fifteen days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. The defendant must submit to random drug testing not to exceed two tests per week.

Defendant is remanded to the custody of the US Marshal.

Counts One and Two of the Indictment are dismissed in accord with the plea agreement.

Defendant advised of right to appeal and to counsel on appeal.

After consideration of 18 U.S.C. § 3553, the Court varies downward.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 29 |
| Criminal History Category: | VI |
| Imprisonment Range | 120 months |
| Supervised Release Range | 1–3 years |
| Restitution: | n/a |
| Fine Range | $30,000–$250,000 |
| Special Assessment | $100 |